IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 5:20-cr-9 (TES) |
| TABITHA WHITEHEAD, : | |
| : | |
| Defendant. : | |
| _____ : | |

## ORDER REVOKING PRE-SENTENCING RELEASE

Defendant Tabitha Whitehead was arrested on January 31, 2022, pursuant to a bench warrant issued after her failure to appear for sentencing on August 3, 2021. Defendant appeared with counsel for a hearing regarding revocation of pre-sentencing release, pursuant to 18 U.S.C. § 3148. Based on Defendant's failure to appear and absconding from supervision for a period of nearly six months, the Court finds clear and convincing evidence that Defendant has violated the conditions of pretrial release. The Court further finds that Defendant is unlikely to abide by any condition or combination of conditions of release.

Accordingly, the Order Setting Conditions of Release is hereby **REVOKED**, and the Defendant is committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED**, this 2nd day of February, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge