# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 5:20-CR-0009-008 |
| Tabitha Whitehead | ) |
| | ) USM No: 01670-120 |
| Date of Original Judgment: March 11, 2022 | ) |
| Date of Previous Amended Judgment: N/A | ) Ashley Deadwyler-Heuman |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under Amendment 821 for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  210  months **is reduced to**  188  .

Tabitha Whitehead was originally sentenced on March 8, 2022, to a term of imprisonment of 210 months to be served consecutively to any term of imprisonment imposed in three separate Bibb County Superior Court cases for violation of probation. The prison term is to be followed by a 3-year term of supervised release.

Whitehead's criminal convictions resulted in a subtotal criminal history score of eleven. An additional two points were added since she committed the instant offense while under a criminal justice sentence. Her total criminal history score was thirteen which established a Criminal History Category VI. Based on a Total Offense Level 32 and a Criminal History Category VI, the guideline imprisonment range was 210 to 240 months based on the statutorily authorized maximum sentence of twenty years.

Part A of Amendment 821 of the United States Sentencing Guidelines decreased "status points" by one point for being under a criminal justice sentence at the time of the instant offense for defendants with seven or more criminal history points. Therefore, the defendant's total criminal history score would be reduced to twelve which establishes a Criminal History Category V. Based on a Total Offense Level 32 and a Criminal History Category V, the guideline imprisonment range will be 188 to 235 months.

The Government opined that a sentence at the low end of the newly computed advisory guideline range is appropriate, and the Court concurs.

Except as otherwise provided, all provisions of the judgment dated  March 11, 2022  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  March 25, 2024                                s/Tilman Self, III
                                                            *Judge's signature*

Effective Date: _____                     Tilman E. Self, III, United States District Judge
*(if different from order date)*                                *Printed name and title*