# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **TABITHA WHITEHEAD,**<br><br>*Petitioner*,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>*Respondent.* | **CIVIL ACTION NO.**<br>**5:23-cv-132-TES-CHW**<br>**CRIMINAL ACTION NO.**<br>**5:20-cr-009-TES-CHW-8** |

## ORDER ADOPTING THE UNITED STATES
## MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 519] to deny Petitioner Tabitha Whitehead's Motion to Vacate, Set Aside, or Correct her Sentence pursuant to 28 U.S.C. § 2255 [Doc. 490]. Petitioner did not file objections or request an extension of time to file objections; thus, the Court reviews the Recommendation for clear error. 28 U.S.C. § 636(b)(1).

Having considered the Recommendation, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's Recommendation [Doc. 519] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **DENIES** Petitioner's Motion to Vacate, Set Aside, or Correct her Sentence [Doc. 490] and **DENIES** any certificate of appealability.

[*signature and date on following page*]

**SO ORDERED**, this 27th day of March, 2025.

                                        S/ Tilman E. Self, III
                                      **TILMAN E. SELF, III, JUDGE**
                                      **UNITED STATES DISTRICT COURT**