IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TABITHA WHITEHEAD, | * |
| Petitioner, | * |
| v. | Criminal Case No. 5:20-cr-00009-TES-CHW-8 |
| | Civil Case No. 5:23-cv-00132-TES-CHW |
| UNITED STATES OF AMERICA, | * |
| Respondent. | * |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated March 27, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 27th day of March, 2025.

David W. Bunt, Clerk

s/ Erin L. Pettigrew, Deputy Clerk